IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ARCHOVE NOORDHOEK and
STEPHANIE ORMSBEE                                                                    PLAINTIFFS

v.                              Case No. 3:21-cv-00124-KGB

INDEPENDENCE COUNTY
SHERIFF'S DEPARTMENT, *et al.*                                                       DEFENDANTS

## ORDER

Before the Court is the *pro se* complaint for violation of civil rights of plaintiffs Archove Noordhoek and Stephanie Ormsbee (Dkt. No. 2).  The complaint provides an address for Mr. Noordhoek, but it does not provide an address for Ms. Ormsbee (Dkt. No. 2, at 2).  Mr. Noordhoek is to provide the Court with an address for Ms. Ormsbee, if he has one, within 30 days of the date of this Order.

It is so ordered, this 18th day of January, 2022.

_____
Kristine G. Baker
United States District Judge