IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ARCHOVE NOORDHOEK and
STEPHANIE ORMSBEE                                                                    PLAINTIFFS

v.                                    Case No. 3:21-cv-00124-KGB

INDEPENDENCE COUNTY
SHERIFF'S DEPARTMENT, *et al.*                                                       DEFENDANTS

## ORDER

Before the Court is the motion for extension of time of plaintiffs Archove Noordhoek and Stephanie Ormsbee (Dkt. No. 6). Plaintiffs seek an extension of 14 days to file an amended complaint (*Id.*, ¶ 1). Plaintiffs states that they have recently retained counsel who has entered an appearance in the case, that the defendants have not yet been served, and that it will be beneficial to permit plaintiffs to amend their complaint in order to fully apprise defendants of the accusations against them (*Id.*, ¶ 2). For good cause shown, the Court grants plaintiffs' motion for extension of time (*Id.*). Plaintiffs shall file their amended complaint on or before February 16, 2022.

It is so ordered, this 2nd day of February, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge