# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

| | | |
|---|---|---|
| **ARCHOVE NOORDHOEK** and **STEPHANIE ORMSBEE** | | **PLAINTIFFS** |
| v. | Case No. 3:21-cv-00124-KGB | |
| **INDEPENDENCE COUNTY SHERIFF'S DEPARTMENT**, *et al.* | | **DEFENDANTS** |

## ORDER

Before the Court is State Defendants' motion for extension of time to file a responsive pleading (Dkt. No. 13). The State Defendants assert that their responsive pleading to plaintiffs Archove Noordhoek and Stephanie Ormsbee's complaint is currently due August 28, 2022 (*Id.*, ¶ 5). The State Defendants request a 10-day extension of time to file their responsive pleading to plaintiffs' amended complaint (*Id.*, ¶ 7). For good cause shown, the Court grants the State Defendants' motion for extension of time to file a responsive pleading (*Id.*). The time for the State Defendants to file a responsive pleading to the plaintiffs' complaint is extended to, and including, September 7, 2022.

It is so ordered this 26th day of August, 2022.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge