IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ARCHOVE NOORDHOEK and
STEPHANIE ORMSBEE                                                                                         PLAINTIFFS

v.                          Case No. 3:21-cv-00124-KGB

INDEPENDENCE COUNTY
SHERIFF'S DEPARTMENT, *et al.*                                                                       DEFENDANTS

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiffs Archove Noordhoek and Stephanie Ormsbee's complaint and amended complaint are dismissed without prejudice (Dkt. Nos. 2, 9). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 6th day of February, 2023.

_____
Kristine G. Baker
United States District Judge